UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-161 |
| | ) | (PHILLIPS/GUYTON) |
| EDWARD WILLIAM STRICKLAND, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER EXTENDING TIME FOR COMMITMENT FOR
MENTAL EXAMINATION AND EVALUATION**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the June 4, 2007 request of Warden Stephen Dewalt, Federal Medical Center, Lexington, Kentucky, for a thirty-day extension of time for determination of the defendant's competency to stand trial and his sanity at the time of the alleged offense. This Court ordered [Doc. 25] the defendant to be evaluated on April 9, 2007, and for the United States Marshals to transport the defendant to a federal medical facility as designated by the Bureau of Prisons. Pursuant to the request, the defendant was designated to FMC Lexington and was delivered on May 25, 2007. The Warden requests an additional thirty days in order to allow time for a thorough examination and states that it is anticipated that the evaluation will be completed by August 8, 2007 and that the Court can expect to receive the report by August 29, 2007. Finding that good cause for an extension has been shown, the Court **GRANTS** the requested extension. The staff at FMC Lexington has a thirty (30) day extension, to evaluate the defendant pursuant to the

1

guidelines in the Court's original order of commitment [Doc. 25].

Therefore, the presently scheduled competency hearing set for August 9, 2007 at 1:30 p.m. has been rescheduled for a competency hearing/pretrial conference on **September 11, 2007 at 9:30 a.m.** before the undersigned. The presently scheduled trial date of September 18, 2007 before the Honorable Thomas W. Phillips shall remain the same.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge