UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-161 |
| | ) | (Phillips / Guyton) |
| EDWARD WILLIAM STRICKLAND, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on the December 6, 2007, upon Defendant Edward Strickland's Motion for Bond Hearing [Doc. 37]. Mr. Strickland was present with his counsel, Michael Coleman. The government was represented by Assistant United States Attorney J. Edgar Schmutzer.

At that time the parties announced their agreement that Defendant Strickland should be released from custody pending trial pursuant to the Order entered by this Court on December 20, 2006, [Doc. 11]. Mr. Strickland has been in custody as the result of State court matters and in order to complete a competency evaluation in this case. [Doc. 21]. The competency evaluation was completed and this Court has found Defendant Strickland competent to stand trial. [Doc. 30]. On December 6, 2007, the parties informed the Court that Defendant Strickland is no longer in State custody. The parties jointly moved the Court to release the defendant pursuant to the terms and

1

conditions of its previous order, to the extent that further action from the Court may be necessary to accomplish this purpose.

The Court finds that Edward William Strickland is now eligible for release from federal custody according to the terms and conditions of the Court's original bond order as entered December 20, 2006, in [Doc. 11]. Accordingly, his Motion for Bond Hearing **[Doc. 37]** is **DENIED** as moot.

**IT IS ORDERED** that the defendant be released after processing, subject to the conditions set forth in the Order Setting Conditions of Release [Doc. 11].

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge